**THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK RICHARDSON, Appellant.** [19 NYS3d 738]—

Judgment, Supreme Court, New York County (Ruth Pickholz, J.), rendered February 23, 2012, convicting defendant, after a jury trial, of burglary in the third degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The court properly denied defendant's suppression motion. Although defendant was in custody and had not yet received *Miranda* warnings, his inquiry about why he was being charged with a felony was "immediately met by a brief and relatively innocuous answer by the police officer," not constituting interrogation or its functional equivalent (*People v Rivers*, 56 NY2d 476, 480 [1982]; compare *People v Lanahan*, 55 NY2d 711 [1981] [detailed recital of evidence held equivalent to interrogation]). Under these circumstances, defendant's inculpatory statement was self-generated and spontaneous. Concur—Tom, J.P., Sweeny, Andrias and Gische, JJ.